*In re* THE QUEEN'S HOSPITAL.

APPEAL FROM THE AUDITOR OF THE TERRITORY.

SUBMITTED APRIL 5, 1904.          DECIDED APRIL 6, 1904.

FREAR, C.J., GALBRAITH AND PERRY, JJ.

The legislature may include in an appropriation bill passed at an extra
  session called under the provisions of Section 54 of the Organic
  Act an item which is not for a "necessary current expense of carry-
  ing on the government", provided the matter covered by the appro-
  priation is one for which an appropriation may rightfully be made.

OPINION OF THE COURT BY PERRY, J.

The Queen's Hospital appeals from the refusal of the auditor
to issue warrants, for the months of November and December,
1903, and January, 1904, for the monthly *pro rata* of the appro-
priation of $10000 made for the Hospital by Act 10 of the extra
session of 1903, and a similar appropriation of $30000 made by
Act 13 of the same session. The auditor moves to dismiss the
appeal.

The only point presented by the motion is that it does not ap-
pear from the petition or statement of appeal that the appropri-
ations of $10000 and $30000 are for a "necessary current ex-

pense of carrying on the government of the Territory of Hawaii or meeting its legal obligations." This is on the theory that §54 of the Organic Act limits the legislature, in extra session assembled, to the passage of bills making appropriations *for the necessary current expenses of the government.* The section, however, is not, in our opinion, to be so construed. The failure to pass appropriation bills of the class named is stated in the section as the condition for the Governor's calling the legislature in extra session, but, while Congress may have intended that the legislature should in such extra session appropriate for necessary current expenses, it did not intend that the legislature should not be at liberty to go further and appropriate other proper items not included within that designation. The object of the called session is not declared to be "for the consideration of *such* appropriation bills" but "for the consideration of appropriation bills" without any limitation whatever other than the implied one that the matters covered shall be rightful subjects of legislative appropriation.

The remaining points argued do not properly arise on this motion and will not be considered at this time. The motion is denied. The appeal itself is now in order for hearing.

*Robertson & Wilder* for appellant.

*E. C. Peters,* deputy attorney general, for the auditor.